FILED BY **KS** D.C.

Apr 7, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20140-CR-MORENO/GOODMAN
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA

v.

DEONTRAY TYREEK COLEMAN-FREDERICK,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Possession of Fifteen or More Unauthorized Access Devices
### (18 U.S.C. § 1029(a)(3))

On or about September 13, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DEONTRAY TYREEK COLEMAN-FREDERICK,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, names, social security numbers, and debit card numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

## COUNTS 2-5
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about the dates enumerated as to each count, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DEONTRAY TYREEK COLEMAN-FREDERICK,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly, and with the intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, names and debit card numbers issued to other persons, affecting interstate and foreign commerce, as charged in Count 1 of this Indictment, did knowingly possess, without lawful authority, the means of identification of another person as set forth in each count below:

| Count | Approximate Date | Means of Identification |
| --- | --- | --- |
| 2 | September 13, 2021 | Name and debit card number ending in 0665 issued to "Y.R." |
| 3 | September 13, 2021 | Name and debit card number ending in 4080 issued to "R.J." |
| 4 | September 13, 2021 | Name and debit card number ending in 6490 issued to "R.M." |
| 5 | September 13, 2021 | Name and debit card number ending in 9488 issued to "A.D." |

### FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **DEONTRAY TYREEK COLEMAN-FREDERICK**, has an interest.

2

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendant shall immediately forfeit to the United States: (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL

FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
HILLARY T. IRVIN
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

v.

Deontray Tyreek Coleman-Frederick    **CERTIFICATE OF TRIAL ATTORNEY***

                                   Superseding Case Information:

_____Defendant._____/

**Court Division:** (Select One)         New defendant(s)    ☐ Yes    ☐ No
☑ Miami  ☐ Key West  ☐ FTL         Number of new defendants _____
☐ WPB    ☐ FTP                      Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) ____No____
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I   0 to 5 days        ☑            Petty         ☐
   II  6 to 10 days       ☐            Minor         ☐
   III 11 to 20 days      ☐            Misdemeanor   ☐
   IV  21 to 60 days      ☐            Felony        ☑
   V   61 days and over   ☐

6. Has this case previously been filed in this District Court? (Yes or No) ____No____
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) __No__

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) __No__

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) __No__

                                              _____
                                              Hillary T. Irvin
                                              Assistant United States Attorney
                                              Court ID No.     A550595

*Penalty Sheet(s) attached                                          REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __DEONTRY   TYREEK   COLEMAN-FREDERICK__

Case No. _____

Count #: 1

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

*Max. Penalty:   10 years' imprisonment

Counts #: 2-5

Aggravated Identity Theft

Title 18, United States Code, Section 1028A

*Max. Penalty:   2 years' imprisonment consecutive to any other term of imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.